IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUASHIA MUMEEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LSI STAFFING, INC., and ) <br> PATTERSON DISTRIBUTION, ) <br> COMPANY, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No.  2:11-cv-02932-JTF-cgc |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal filed on January 7, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(b).

**APPROVED:**


*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

January 7, 2013                     /s/Thomas M. Gould
Date                                Clerk of Court

                                    /s/ Erica M. Evans
                                    (By)  Deputy Clerk